

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2019

No. 04-19-00639-CV

**IN RE LA BOTA PROPERTY OWNERS ASSOCIATION, INC.,** La Bota Ranch Owners
Association, Inc., Albert Muller Jr., Greg Ebe, Virginia Muller and Albert Muller III

Original Mandamus Proceeding[1]

## ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Liza A. Rodriguez, Justice

On September 17, 2019, relators filed a petition for writ of mandamus and a motion for temporary relief. After considering the petition and the record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The motion for temporary relief is DENIED AS MOOT. This court's opinion will issue at a later date.

It is so **ORDERED** on September 18, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18 day of September, 2019.

_____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CVF0011299D1, styled *Guillermo Castro Jr., et al. v. Albert F. Muller III, et al.*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.